**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STRONGSTOWN B&K ENTERPRISES, INC., | : | No. 4 MAP 2017 |
| | : | |
| | : | Appeal from the Order of the |
| Appellant | : | Commonwealth Court at No. 400 FR |
| | : | 2013 dated December 21, 2016 denying |
| | : | the exceptions and entering judgement |
| v. | : | of the May 20, 2016 opinion that |
| | : | affirmed the decision of the Board of |
| | : | Finance and Revenue at No. 1203138 |
| COMMONWEALTH OF PENNSYLVANIA, | : | dated May 1, 2013, exited May 3, 2013. |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED:  September 28, 2017**

AND NOW, this 28th day of September, 2017, the order of the Commonwealth Court is **AFFIRMED**.